# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **RONALD P. YOUNG, et ux.** | ) |
| Plaintiffs-Appellants, | ) ) ) |
| v. | ) Case No. 13-2342 |
| **CHS MIDDLE EAST, LLC,** | ) ) ) |
| Defendant-Appellee. | ) ) |

### Uncontested Motion to Extend Briefing Schedule
### by Fourteen (14) Days

Defendant/Appellee CHS Middle East, LLC, by counsel, hereby moves for an Extension of Time of fourteen (14) days to file its Appellee's brief, with a corresponding extension of other briefing due dates set forth in the Court's Briefing Order. This Motion should be granted for the following reasons:

1. Under this Court's present Briefing Order, Defendant/Appellee's brief is due March 13, 2014 following the filing of Plaintiff/Appellant's brief on February 10, 2014.

2. Due to the complexity of the issues and Counsel's schedule, Counsel for the Defendant/Appellee needs and respectfully requests an extension of time to finalize its Appellee's brief.

3. Defendant/Appellee respectfully requests an extension of time of

fourteen (14) days to March 27, 2014 to file its Appellee's Brief.

    4.   Plaintiff-Appellant further respectfully requests that the Scheduling Order be amended to provide for a similar fourteen (14) day extension of time for all remaining briefing addressed in the Briefing Order.

    5.   This Court accorded Plaintiffs/Appellants a similar consent extension for the filing of their Opening Brief and Appendix.

    6.   This Motion is Uncontested, as counsel for the Plaintiffs/Appellants has expressed his consent to the Motion.

Respectfully submitted,

/s/ Carlos Recio
Carlos M. Recio, Esq.
Va Bar No. 24572
1016 7th Street, SE
Washington, DC 20003
Tel. 202-293-5690
Fax. 202-543-0770
crecio@reciolaw.com
*Attorney for Defendant - Appellee*
*CHS Middle East, LLC*

Dated:    March 10, 2014

2

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel for all parties to this proceeding by electronic filing and also email sent to:

R. Scott Oswald, Esq.
Nicholas Woodfield, Esq.
The Employment Law Group, P.C.
888 17th Street, N.W., Suite 900,
Washington, D.C. 20006
(soswald@employmentlawgroup.com).

This 10th day of March, 2012.

/S/
Carlos M. Recio, Esq.
Virginia Bar No. 24572
1016 7th Street SE
Washington, D.C. 20003
202-293-5690 (office)
202-543-0770 (fax)
crecio@reciolaw.com
*Counsel for Defendant-Appellee CHS Middle East, LLC*