FILED: January 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2342
(1:13-cv-00585-GBL-JFA)

_____

RONALD P. YOUNG; RAMONA YOUNG

      Plaintiffs – Appellants,

v.

CHS MIDDLE EAST, LLC

      Defendant – Appellee.

_____

O R D E R

_____

This case is scheduled for oral argument on January 28, 2015.

The court directs the parties to file supplemental briefs by January 20, 2015, not to exceed eight pages, addressing the effect on this case of the court's decision in <u>United States ex rel. Omar Badr v. Triple Canopy, Inc.</u>, No. 13-2190 (4th Cir. January 8, 2015).

      For the Court

      <u>/s/ Patricia S. Connor, Clerk</u>